MEADOWLANDS NATIONAL BANK v. N. A. VERDI &
SONS, INC.

July 8, 1980.

Petition for certification denied.

FRANK SNYDER, JR. v. CHARLOTTE F. SNYDER.

July 8, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES ROCK.

July 8, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS HOPKINS.

July 8, 1980.

Petition for certification denied.